NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DRIVERDO, LLC, dba Draiver,**

*Plaintiff-Appellant*

v.

**SOCIAL AUTO TRANSPORT, INC., dba HopDrive,**

*Defendant-Appellee*

———————————

2024-1764

———————————

Appeal from the United States District Court for the Eastern District of Virginia in No. 3:23-cv-00265-MHL, Judge M. Hannah Lauck.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                  DRIVERDO, LLC v. SOCIAL AUTO TRANSPORT, INC.


(2)  Each side shall bear their own costs.



                                              FOR THE COURT



November 14, 2024                        Jarrett B. Perlow
Date                                      Clerk of Court



**ISSUED AS A MANDATE:** November 14, 2024